# United States District Court

__Middle__ DISTRICT OF __Florida__

Wayne R. Gray,
Plaintiff,

V.

The Open Group, a United Kingdom
consortium, and Novell, Inc., a
Delaware corporation, and
The SCO Group, a Delaware corporation,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 8:06-CV-01950-T-30TGW

TO: (Name and address of defendant)

Novell, Inc.
c/o Corporation Service Co., as Registered Agent
1201 Hays St.
Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David L. Partlow, Esquire
David L. Partlow, P.A.
P.O. Box 82963
Tampa, Florida 33682-2963

Gray v. Novell, Inc. et al                                                                                      Doc. 2

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

*Denise L. Vought* (signature)

(BY) DEPUTY CLERK

20 OCT 2006
DATE

# United States District Court

_____Middle_____ DISTRICT OF _____Florida_____

Wayne R. Gray,
Plaintiff,

V.

The Open Group, a United Kingdom
consortium, and Novell, Inc., a
Delaware corporation, and
The SCO Group, a Delaware corporation,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 8:06-CV-01950-T-30TGW

TO: (Name and address of defendant)

The Open Group (X/Open Company, Ltd.)
44 Montgomery St., Suite 960
San Francisco, California 94104-4704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David L. Partlow, Esquire
David L. Partlow, P.A.
P.O. Box 82963
Tampa, Florida 33682-2963

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE: 2 0 OCT 2006

# United States District Court

_Middle_ DISTRICT OF _Florida_

Wayne R. Gray,
Plaintiff,

V.

The Open Group, a United Kingdom consortium, and Novell, Inc., a Delaware corporation, and The SCO Group, a Delaware corporation, Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 8:06-CV-01950-T-30TGW

TO: (Name and address of defendant)

The SCO Group, Inc.
355 South 520 West, Suite 100
Lindon, Utah 84042-1911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David L. Partlow, Esquire
David L. Partlow, P.A.
P.O. Box 82963
Tampa, Florida 33682-2963

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_Denise L. Vought_
(BY) DEPUTY CLERK

20 OCT 2006
DATE