IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WAYNE R. GRAY,<br>    Plaintiff,<br><br>vs.<br><br>NOVELL, INC., and<br>THE SCO GROUP, INC., and<br>X/OPEN COMPANY LIMITED,<br><br>    Defendants. | CASE NO.: 8:06-cv-01950-T-30TGW<br><br>Jury Trial Demanded |

PLAINTIFF'S NOTICE OF FILING RETURNS

COMES NOW the plaintiff, by and through his undersigned counsel, and hereby gives notice of filing the attached returns showing service upon each of the defendants.

Respectfully submitted,

Dated: _____

_____
David L. Partlow, FBN 239682
David L. Partlow, P.A.
P.O. Box 82963
Tampa, FL 33682-2963
(813) 287-8337; FAX (813) 287-8234
dlppa@mindspring.com
Counsel for Plaintiff