# Affidavit of Process Server

US District Court for the Middle District of Florida
*Name of Court*

**8:06-CV-01950-T-30TGW**
*Case Number*

Wayne R. Gray vs. The Open Group, et al.
*Plaintiff*   *Defendant*

I, _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to the above entitled action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served ___SCO Group, Inc.___
with ___Summons, Complaint___
by leaving with ___Janie Bingham___ ___Agent___ at
  *Name*   *Relationship*
☐ Residence ☒ Business  ___255 South 520 West Ste 100 Lindon UT___
  *Address of Service*
On ___12/5/06___ at ___11:20 am___
  *Date*   *Time*

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person / entity being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household of a suitable age.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person / entity being served with the person apparently in charge thereof.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served for the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant
☐ Unable to Serve in Timely Fashion  ☐ Address Does Not Exist
☐ Other: _____

**Service Attempts:** Service was attempted on: (1) _____
  *Date*   *Time*
(2) _____   (3) _____
  *Date*   *Time*   *Date*   *Time*

___[signature]___   ___12/7/06___
*Signature of Process Server*   *Date*

**Notary Public**
Subcribed and sworn to before me this
___7___ day of ___December___, 20___06___
___[signature] Kathryn Willis___
*Signature of Notary*
My commision expires: _____

KATHRYN WILLIS
NOTARY PUBLIC • STATE of UTAH
1416 SOUTH 940 EAST
OREM, UTAH 84097
COMM. EXPIRES 10-24-2007

(This space provided for notary stamp, if required.)

Tinsley Investigative Services, Inc.
P.O. Box 1884, Orem, UT 84059 - Phone: 801-222-0887  Fax: 801-222-0980