**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| WAYNE R. GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 8:06-cv-01950-JSM-TGW |
| ) | |
| NOVELL, INC., ) | |
| THE SCO GROUP, INC., and ) | |
| X/OPEN COMPANY LIMITED, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant X/Open Company Ltd. ("X/Open") respectfully requests that this Court enter an Order enlarging the time for it to respond to Plaintiff's Complaint, through and including January 25, 2007. As grounds for the enlargement, X/Open states that:

1. Plaintiff's Complaint was served on X/Open on December 4, 2006 and, absent an enlargement of time, X/Open's response would be due on or before December 26, 2006.

2. Because of the complexity and length of Plaintiff's 253-paragraph, 83-page Complaint, and because of other demands on the time of X/Open's counsel due to the holiday season, X/Open requires an additional 30 days to respond to the Complaint.

3. Pursuant to Rule 6(b), Fed. R. Civ. P., this Court has the authority to grant the enlargement of time.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for X/Open has conferred with Plaintiff's counsel, and Plaintiff's counsel has no objection to the granting of the relief requested.

**WHEREFORE**, X/Open respectfully requests this Court enter an Order enlarging the time within which it must respond to Plaintiff's Complaint, through and including January 25, 2007.

    Respectfully submitted,

    s/William C. Guerrant, Jr.
    William C. Guerrant, Jr.
    Florida Bar No. 516058
    Attorneys for Defendant X/Open Company, Ltd.
    HILL, WARD & HENDERSON, P.A.
    Suite 3700 – Bank of America Building
    101 East Kennedy Boulevard
    Post Office Box 2231
    Tampa, Florida 33601
    Telephone: (813) 221-3900
    Facsimile: (813) 221-2900
    E-mail: wguerrant@hwhlaw.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that, on December 19, 2006, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, David L. Partlow, Post Office Box 82963, Tampa, Florida, 33682-2963.

    s/William C. Guerrant, Jr.
    Attorney