UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WAYNE R. GRAY<br><br>    Plaintiff,<br><br>v.<br><br>NOVELL, INC., and<br>THE SCO GROUP, INC., and<br>X/OPEN COMPANY LIMITED,<br><br>    Defendants. | Case No.: 8:06-cv-01950-JSM-TGW |

**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The SCO Group, Inc. ("SCO") respectfully moves this Court to grant an extension of time in which to move, answer, or otherwise respond to the complaint filed by Wayne R. Gray ("Gray") in the above-captioned action (the "Complaint"). In support of this Motion, SCO states as follows:

1. On October 23, 2006, Gray filed the instant action.

2. The Complaint was served on SCO on or about December 5, 2006.

3. Due to pre-existing obligations and because SCO's response would otherwise be due on December 26, 2006, the day after Christmas, Gray has agreed to extend the time for SCO to move, answer or otherwise respond to the Complaint until January 31, 2007.

Wherefore, SCO respectfully requests that this Court enter an order in the above-captioned action granting SCO an extension of time until January 31, 2006 to move, answer or otherwise respond to the Complaint.

Dated: December 19, 2006

Respectfully submitted,

_s/ Karen Dyer_
Karen C. Dyer
Florida Bar No. 716324
George R. Coe
Florida Bar No. 298440
Boies, Schiller & Flexner LLP
255 South Orange Avenue, Suite 905
Orlando, FL 32801
Telephone: (407) 425-7118
Facsimile: (407) 425-7047

Stuart H. Singer
401 E. Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
(954) 356-0022

*Attorneys for Defendant*
*The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any party not registered to file electronically.

                                            _s/ George R. Coe_
                                            George R. Coe