UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

vs.

    CASE NO.: 8:06-cv-01950-JSM-TGW

NOVELL, INC., and
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Richard G. Salazar of the law firm of FOWLER WHITE BOGGS BANKER P.A., and hereby files this Notice Of Appearance as counsel for the Defendant, NOVELL, INC., in the above-styled and numbered action, and requests that copies of all notices, pleadings, and other papers served or filed in the above-styled and numbered action be furnished to them at the address listed below.

/s/
Richard G. Salazar
Florida Bar No: 0899615
FOWLER WHITE BOGGS BANKER P.A.
Post Office Box 1438 (33601-1438)
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602-5239
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: rsalazar@fowlerwhite.com
Attorneys for Defendant Novell, Inc.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 20, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David L. Partlow, Esquire, David L. Partlow, P.A., Post Office Box 82963, Tampa, FL 33682-2934. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: John P. Mullen, Esquire, Anderson & Karrenberg, 50 West 300 South Suite 700, Salt Lake City, Utah 84101.

/s/_____
Richard G. Salazar