# RETURN OF SERVICE

UNITED STATES DISTRICT COURT    MIDDLE DISTRICT OF FLORIDA    CASE # 8:06CV1950T-30

NOVELL, INC.
By Serving its Registered Agent
CORPORATION SERVICE COMPANY
To Be Served

**SUMMONS (20 DAY) & COMPLAINT**
**COURT ATTACHMENTS**

1201 HAYS STREET, TALLAHASSEE, FLORIDA
ADDRESS

COURT DATE: N/A
COURT TIME: N/A

WAYNE R. GRAY
PLAINTIFF

THE OPEN GROUP etc. et al.
DEFENDANT

ATTORNEY:    DAVID L. PARTLOW, ESQUIRE
P. O. BOX 82963
TAMPA, FL 33682

Received this writ on 12/01/2006 and same was served on 12/04/2006 at 10:50 hours in Leon County, Florida as follows:

### METHOD OF SERVICE

**Corporate Service on a Registered Agent:**

By delivering a true copy of this writ, together with the initial pleading, with the date and hour of service endorsed thereon by me to: CORPORATION SERVICE COMPANY as registered agent of the within-named corporation according to F.S. 48.081 (3) c/o KIM GLOVER, SERVICE CLERK.

Chris J. Colson
Certified Process Server #142

I certify that at the time of service, I placed on the face of that process my printed name, signature, identification number, a statement that I am a Certified Process Server in and for the Second Judicial Circuit of Florida; that I endorsed on all copies served, the date and hour of service.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Certified Process Server in and for the
Second Judicial Circuit of Florida
Leon County, Florida
Certified Pursuant to F.S. §48.29
Notary not required pursuant to F.S. §92.525

# R. SCOTT CHILDRESS INVESTIGATIONS

P. O. BOX 694
ODESSA, FLORIDA 33556
**813-918-7688**

Dockets.Justia.com