# Affidavit of Process Server

**US District Court for the Middle District of Florida**
Name of Court

**8:06-CV-01950-T-30TGW**
Case Number

**Wayne R. Gray** vs. **The Open Group, et al.**
Plaintiff                    Defendant

I, _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to the above entitled action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____SCO Group, Inc._____
with _____Summons, Complaint_____
by leaving with __Janie Bingham__   __Agent__   at
                      Name                    Relationship

☐ Residence  ☒ Business  __255 South 520 West Ste 100 Lindon UT__
                              Address of Service

On __12/5/06__ at __11:30 am__
      Date              Time

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person / entity being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household of a suitable age.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person / entity being served with the person apparently in charge thereof.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served for the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant
☐ Unable to Serve in Timely Fashion  ☐ Address Does Not Exist
☐ Other: _____

**Service Attempts:** Service was attempted on: (1) _____
                                                  Date       Time
(2) _____                           (3) _____
    Date       Time                          Date       Time

_____                __12/7/06__
Signature of Process Server                  Date

**Notary Public**
Subcribed and sworn to before me this
__7__ day of __December__, 20__06__
__Kathryn Willis__
Signature of Notary
My commission expires: _____

[Notary Stamp: KATHRYN WILLIS, NOTARY PUBLIC - STATE of UTAH, 1816 SOUTH 940 EAST, OREM, UTAH 84097, COMM. EXPIRES 10-24-2007]

(This space provided for notary stamp, if required.)

**Tinsley Investigative Services, Inc.**
P.O. Box 1884, Orem, UT 84059 - Phone: 801-222-0887  Fax: 801-222-0980