Gray v. Novell, Inc. et al Doc. 17
Case 8:06-cv-01950-JSM-TGW   Document 17   Filed 01/08/2007   Page 1 of 1
Dec-12-06 03:04P RSCI 813 929 8739 P.02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| R. SCOTT CHILDRESS INVESTIGATIONS<br>P.O. BOX 694<br>ODESSA, FL 33556-0694 | (813) 918-7688 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>OT266585-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
WAYNE R. GRAY vs. NOVELL, INC. ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>806CV01950T30TGW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS AND COMPLAINT;

**Name of Defendant:** THE OPEN GROUP (X/OPEN COMPANY, LTD)
**Person Served:** GRAHAM BIRD
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 12/04/06
**Time of Delivery:** 11:07 am

**Place of Service:** 44 MONTGOMERY ST. SUITE 960
SAN FRANCISCO, CA 94104-4704   (Business)

**Date of Mailing:** 12/04/06
**Place of Mailing:** SAN FRANCISCO

**Physical Description:**
AGE: 31   HAIR: RED   HEIGHT: 6   RACE: C
SEX: F   EYES: BROWN   WEIGHT: 190LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**
☐ Federal Rules of Civil Procedure
☒ California Code of Civil Procedure

**Fee for service:** $ 78.50

☒ Registered: SAN FRANCISCO County.
Number: 973
Attorney's Diversified Services
1453 Mission Street, Ste 510
San Francisco, CA 94103
415-437-6177
30C/0T266585-01
Client File # GRAY V NOVELL
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: December 5, 2006
at: San Francisco, California.

Signature: Travis Fleenor
Name: TRAVIS FLEENOR
Title: REGISTERED PROCESS SERVER