UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **WAYNE R. GRAY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 8:06-cv-01950-JSM-TGW |
| ) | |
| **NOVELL, INC.**, and ) | |
| **THE SCO GROUP, INC.**, and ) | |
| **X/OPEN COMPANY LIMITED**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION FOR SUBSTITUTION OF COUNSEL
### FOR DEFENDANT NOVELL, INC.

Richard G. Salazar of Fowler White Boggs Banker and Fredrick H.L. McClure and E. Colin Thompson of DLA Piper US LLP, hereby stipulate to the entry of an order substituting counsel for defendant Novell, Inc. and stipulate that Richard G. Salazar and Fowler White Boggs Banker, P.A. should be released from their duties as counsel in this matter for defendant Novell, Inc. Fredrick H.L. McClure, E. Colin Thompson and DLA Piper US LLP shall take responsibility for representation in this matter of defendant Novell, Inc. with Fredrick H.L. McClure designated as lead counsel on behalf of defendant. In compliance with Rule 2.03(b) of the Rules of the United States District Court for the Middle District of Florida, Defendant Novell, Inc. has been given notice of and approves this substitution and counsel for Plaintiff

/

/

/

TAMPDOCS\527739.1

dockets.Justia.com

Wayne R. Gray has been given notice of this substitution.

| | |
|---|---|
| /s/ Richard G. Salazar<br>Richard G. Salazar<br>rsalazar@fowlerwhite.com<br>Florida Bar No.: 0899615<br>Fowler White Boggs Banker<br>501 East Kennedy Boulevard<br>Suite 1700<br>Tampa, Florida 33602<br>Telephone: (813) 222-1142<br>Facsimile:  (813) 229-8313<br>Former Attorneys for Novell, Inc. | /s/ E. Colin Thompson<br>Fredrick H.L. McClure<br>fredrick.mcclure@dlapiper.com<br>Florida Bar No.: 0147354<br>E. Colin Thompson<br>colin.thompson@dlapiper.com<br>Florida Bar No.: 684929<br>DLA Piper US LLP<br>101 East Kennedy Boulevard, Suite 2000<br>Tampa, Florida  33602<br>Telephone: (813) 229-2111<br>Facsimile:   (813) 229-1447<br>New Attorneys for Novell, Inc. |
| Dated: January 12, 2007 | Dated:     January 12, 2007 |

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: David L. Partlow, George R. Coe, William Cooper Guerrant Jr., Evan A. Raynes, Mark Sommers, Fredrick H.L. McClure, and E. Colin Thompson.

                                        /s/ E. Colin Thompson
                                        Attorney