UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

v.    CASE NO.:8:06-CV-01950-JSM-TGW

NOVELL, INC., and
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Karen C. Dyer of the law firm of BOIES, SCHILLER & FLEXNER, LLP, and hereby files this Notice Of Appearance as counsel for the Defendant, THE SCO GROUP, INC., in the above-styled and numbered action, and requests that copies of all notices, pleadings, and other papers served or filed in the above-styled and numbered action be furnished to them at the address listed below.

Respectfully submitted,

Date:  January 17, 2006.

                BOIES, SCHILLER & FLEXNER, LLP

                /s/ Karen C. Dyer
                Karen C. Dyer
                Florida Bar No.: 716324
                George R. Coe
                Florida Bar No. 298440
                225 South Orange Avenue, Suite 905
                Orlando, Florida  32801
                Telephone:  (407) 425-7118
                Email: kdyer@bsfllp.com
                Attorney for Defendant The SCO Group, Inc.

Gray v. Novell, Inc. et al    Doc. 21

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 17, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following William Cooper Guyerrant, Jr., Hill, Ward & Henderson, PA, PO Box 2231, Tampa, FL 33601-2231; David L. Partlow, David L. Partlow, P.A., PO Box 82963, Tampa, FL 33682-2934; Evan A. Raynes and Mark Sommers, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001-4413; E. Colin Thompson, DLA Piper US, LLP, 101 E. Kennedy Blvd., Suite 2000, Tampa, FL 33602-5148.

                                                        /s/ Karen C. Dyer