### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

WAYNE R. GRAY,                        )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )    Case No.:  8:06-cv-01950-JSM-TGW
                                      )
NOVELL, INC., and                     )
THE SCO GROUP, INC., and              )
X/OPEN COMPANY LIMITED,               )
                                      )
            Defendants.               )
_____)

### MOTION FOR JOHN P. MULLEN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 2.02, Defendant, Novell, Inc. moves the Court to specially admit John P. Mullen, to appear and be heard in this case, and says:

1.      Mr. Mullen is a member in good standing of the Utah Bar and is admitted to practice before the United States District Court for the District of Utah.  He has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

2.      Mr. Mullen has entered an appearance of non-resident attorney and designated Fredrick H.L. McClure as Local Counsel.

3.      Undersigned counsel has in his possession Mr. Mullen's original, signed Special Admission Attorney Certification form and will submit the same directly to the Clerk, along with the prescribed fee, upon the granting of this motion.

/

/

/

TAMPDOCS\527746.1

**WHEREFORE**, Defendant, Novell, Inc. requests that John P. Mullen be permitted to specially appear and be heard in this case.

Respectfully submitted,

s/ Fredrick H.L. McClure
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No.:  0147354
E. Colin Thompson
Florida Bar No.: 684929
DLA PIPER US LLP
101 East Kennedy Boulevard, Suite. 2000
Tampa, Florida 33602
Telephone: 813/229-2111
Facsimile:  813/229-1447
**Attorneys for Defendant Novell, Inc.**

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: David L. Partlow, George R. Coe, William Cooper Guerrant Jr., Evan A. Raynes, Mark Sommers, Fredrick H.L. McClure, and E. Colin Thompson.  I further certify that I sent by mail the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

John P. Mullen, Esq.
Anderson & Karrenberg
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101

Heather M. Sneddon, Esq.
Anderson & Karrenberg
700 Chase Tower
50 West Broadway
Salt Lake City, UT  84101

                                                                    s/ Fredrick H.L. McClure
                                                                    Attorney