UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

v.      CASE NO. 8:06-CV-1950-30-TGW

NOVELL, INC., and THE SCO GROUP,
INC., and X/OPEN COMPANY LIMITED,

    Defendants.

O R D E R

THIS CAUSE came on for consideration upon the Motions for Heather M. Sneddon and John P. Mullen to Appear *Pro Hac Vice* (Docs. 22, 23). The attorneys have complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That the Motions for Heather M. Sneddon and John P. Mullen to Appear *Pro Hac Vice* (Docs. 22, 23) be, and the same are hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 27th day of January, 2007.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE