IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

        Plaintiff,

vs.

NOVELL, INC., and
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

        Defendants.

CASE NO.: 8:06-cv-01950-T-30TGW

## NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF

NOTICED IS HEREBY GIVEN that the undersigned counsel for plaintiff, David L. Partlow, shall be out of town and unavailable from April 11, 2007 through April 29, 2007 pursuant to plans previously made, and respectfully requests that no hearings, depositions, or other actions be scheduled requiring his participation during this period of time, or other items be scheduled which would require a timely response, and that all pending matters remain in the status quo during this period of time.

Respectfully submitted,

_David L. Partlow_
David L. Partlow, FBN 239682
David L. Partlow, P.A.
P.O. Box 82963
Tampa, FL 33682-2963
(813) 287-8337; FAX (813) 287-8234
dlppa@mindspring.com
Counsel for Plaintiff

Gray v. Novell, Inc. et al   Doc. 34

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on *March 29 2007*, I electronically filed the above document with the Clerk using the CM/ECF system, which will send electronic notice to: Karen C. Dyer and George R. Coe of Boies, Schiller et al., 225 S. Orange Ave., Suite 905, Orlando, FL 32801; William Cooper Guerrant, Jr. of Hill, Ward & Henderson, P.A., P.O. Box 2231, Tampa, FL 33601-2231; Evan A. Raynes and Mark Sommers of Finnegan, Henderson et al., 901 New York Avenue, N.W., Washington, D.C. 20001-4413; Frederick H.L. McClure and E. Colin Thompson of DLA Piper US, 101 E. Kennedy Blvd., Suite 2000, Tampa, FL 33602-5148; and John P. Mullen and Heather M. Sneddon of Anderson & Karenberg, 700 Chase Tower, 50 West Broadway, Salt Lake City, UT 84101-2035.

David L. Partlow