## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **WAYNE R. GRAY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 8:06-cv-01950-JSM-TGW |
| ) | |
| **NOVELL, INC.**, and ) | |
| **THE SCO GROUP, INC.**, and ) | |
| **X/OPEN COMPANY LIMITED**, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### MOTION FOR THOMAS R. KARRENBERG TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 2.02, Defendant, Novell, Inc. moves the Court to specially admit Thomas R. Karrenberg, to appear and be heard in this case, and says:

1. Mr. Karrenberg is a member in good standing of the Utah Bar and is admitted to practice before the United States District Court for the District of Utah. He has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

2. Mr. Karrenberg has entered an appearance of non-resident attorney and designated Fredrick H.L. McClure as Local Counsel.

3. Undersigned counsel has in his possession Mr. Karrenberg's original, signed Special Admission Attorney Certification form and will submit the same directly to the Clerk, along with the prescribed fee, upon the granting of this motion.

/
/
/

2

**WHEREFORE**, Defendant, Novell, Inc. requests that Thomas R. Karrenberg be permitted to specially appear and be heard in this case.

        Respectfully submitted,

        s/Fredrick H.L. McClure
        Fredrick H.L. McClure
        fredrick.mcclure@dlapiper.com
        Florida Bar No.:  0147354
        E. Colin Thompson
        Florida Bar No.: 684929
        DLA PIPER US LLP
        101 East Kennedy Boulevard, Suite. 2000
        Tampa, Florida 33602
        Telephone: 813/229-2111
        Facsimile:  813/229-1447
        **Attorneys for Defendant Novell, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: David L. Partlow, George R. Coe, William Cooper Guerrant Jr., Evan A. Raynes, Mark Sommers, Karen C. Dyer, Fredrick H.L. McClure, and E. Colin Thompson.


                s/Fredrick H.L. McClure
                Attorney