UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,                          :
                                        :
      Plaintiff,                        :
                                        :
v.                                      : CASE NO. 8:06-CV-1950-30-TGW
                                        :
NOVELL, etc. et al.,                    :
                                        :
      Defendants.                       :
_____:

O R D E R

THIS CAUSE came on for consideration upon the Motion for Thomas R. Karrenberg to Appear *Pro Hac Vice* (Doc. 35) on behalf of defendant Novell, Inc.

Karrenberg has fulfilled the requirements for special admission to practice with the exception of the Special Admission Attorney Certification form and the prescribed fee. In this regard, the movant states that these requirements will be satisfied upon the granting of this motion. However, Local Rule 2.02 contemplates the submission of this form and the fee with the filing of the motion.

It is, therefore, upon consideration

ORDERED:

That the Motion for Thomas R. Karrenberg to Appear *Pro Hac Vice* (Doc. 35) be, and the same are hereby, **GRANTED**, provided that Karrenberg submits the Special Admission Attorney Certification and the prescribed fee.

DONE and ORDERED at Tampa, Florida, this 30 day of April, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE