### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| **WAYNE R. GRAY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 8:06-cv-01950-JSM-TGW |
| ) | |
| **NOVELL, INC.**, and **THE SCO GROUP, INC.**, ) | |
| and **X/OPEN COMPANY LIMITED**, ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

### UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY

Defendant Novell, Inc. (Novell), by and through undersigned counsel, with the stipulation and agreement of counsel for Plaintiff, Wayne R. Gray, and pursuant to Rule 4.15, Rules of the United States District Court for the Middle District of Florida, moves the Court for entry of an Order enlarging the time for Novell to respond to discovery issued by Plaintiff on April 18, 2007 and states as follows:

1. The Plaintiff served his First Requests for Production, First Set of Interrogatories, and First Request for Admissions on all Defendants on April 18, 2007.

2. Novell has made a diligent effort to respond to the discovery within the time required by the Federal Rules of Civil Procedure, but finds that it will not be able to make meaningful responses within that time.

3. Counsel for Novell has conferred with counsel for Plaintiff and have reached agreement for an extension of time up to and including June 20, 2007 for Novell to respond to the Plaintiff's discovery requests.[1]

---

[1] Plaintiff's counsel has reached the same agreement with all defendants.

TAMPDOCS\533784.1

WHEREFORE, Novell, Inc. moves this court for entry of an Order granting it an enlargement of time up to and including June 20, 2007 within which Novell shall be required to respond to the Plaintiff's discovery requests served on April 18, 2007.

/s/Fredrick H. L. McClure
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No. 0147354
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No. 0684929
DLA PIPER US LLP
101 East Kennedy Blvd., Suite 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Attorneys for Defendant Novell, Inc.

and

John P. Mullen (admitted *pro hac vice*)
jmullen@aklawfirm.com
Heather Sneddon (admitted *pro hac vice*)
heathersneddon@aklawfirm.com
ANDERSON & KARRENBERG
50 West 300 South
Suite 700
Salt Lake City, Utah 84101
Attorneys for Defendant Novell, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing on Fredrick H.L. McClure, E. Colin Thompson, John P. Mullen, Heather M. Sneddon, Thomas R. Karrenberg, David L. Partlow, Karen C. Dyer, George R. Coe, Evan A. Raynes, Mark Sommers and William Cooper Guerrant, Jr.

/s/Fredrick H. L. McClure
Attorney