UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

v.   CASE No. 8:06-CV-1950-T-30TGW

NOVELL, INC., and THE SCO
GROUP, INC., and X/OPEN CO.
LTD.

_____

O R D E R

THIS CAUSE came on for consideration upon the Unopposed Motion to Enlarge Time to Respond to Discovery (Doc. 37).  Defendant Novell seeks an extension of time until June 20, 2007, to respond to discovery propounded by the plaintiff in April, 2007.  As indicated, the motion is unopposed.  Therefore, the motion will be granted, but the parties are cautioned that any extension of discovery deadlines does not result in, or provide cause for, a continuation of any other deadlines, such as the dispositive motion deadline and trial.

It is, therefore, upon consideration

ORDERED:

That the Unopposed Motion to Enlarge Time to Respond to Discovery (Doc. 37) be, and the same is hereby, **GRANTED**.  Accordingly, defendant Novell's deadline for responding to the plaintiff's First Requests for Production, Interrogatories

and Admissions, served in April, 2007, **is extended until June 20, 2007.**

DONE and ORDERED at Tampa, Florida, this 29th day of May, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE