**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| WAYNE R. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 8:06-cv-01950-JSM-TGW |
| NOVELL, INC., | ) |
| THE SCO GROUP, INC., and | ) |
| X/OPEN COMPANY LIMITED, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF EVAN A. RAYNES IN SUPPORT OF X/OPEN'S OPPOSITION TO PLAINTIFF'S MOTION TO DECLASSIFY THE 1996 SCO-NOVELL-X/OPEN CONFIRMATION AGREEMENT

I, Evan A. Raynes, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am a lawyer at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C., 20001-4413.

2. The following are true and correct copies of the correspondence between the parties to this litigation concerning Plaintiff's motion to declassify the 1996 SCO-Novell-X/Open Confirmation Agreement.

- Exhibit 1: April 9, 2007 e-mail from Partlow to Raynes.
- Exhibit 2: April 10, 2007 e-mail from Raynes to Partlow.
- Exhibit 3: April 10, 2007 e-mail from Mullen to Partlow.
- Exhibit 4: April 20, 2007 e-mail from Coe to Partlow.
- Exhibit 5: May 11, 2007 e-mail from Partlow to defendants.
- Exhibit 6: May 11, 2007 e-mail from Mullen to Partlow.
- Exhibit 7: May 12, 2007 e-mail from Partlow to Mullen.

- Exhibit 8: May 15, 2007 e-mail from Raynes to Partlow.

- Exhibit 9: May 15, 2007 e-mail from Partow to Raynes.

- Exhibit 10: May 16, 2007 e-mail from Coe to Partlow.

- Exhibit 11: May 17, 2007 e-mail from Coe to Partlow.

Respectfully submitted,

Dated: June 4, 2007

s/ Evan A. Raynes
Mark Sommers, Esq.
Evan A. Raynes, Esq.
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: 202-408-4000
Facsimile: 202-408-4400
E-mail: mark.sommers@finnegan.com
E-mail: evan.raynes@finnegan.com

- and-

William C. Guerrant, Jr.
Florida Bar No. 516058
HILL, WARD & HENDERSON, P.A.
Suite 3700 – Bank of America Building
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: 813-221-3900
Facsimile: 813-221-2900
E-mail: wguerrant@hwhlaw.com

Attorneys for Defendant X/Open Company Limited

## CERTIFICATE OF SERVICE

I certify that on June 4, 2007, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

David L. Partlow, dlppa@mindspring.com;

William C. Guerrant, Jr., wguerrant@hwhlaw.com;

Karen C. Dyer, kdyer@bsfllp.com;

Fredrick H. L. McClure, fredrick.mcclure@dlapiper.com;

George R. Coe, gcoe@bsfllp.com;

E. Colin Thompson, colin.thompson@dlapiper.com;

Heather M. Sneddon, hsneddon@aklawfirm.com;

John P. Mullen, jmullen@aklawfirm.com; and

Thomas R. Karrenberg, tkarrenberg@akalawfirm.com.

s/ Evan A. Raynes