UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,           )
                         )
        Plaintiff,       )
                         )
vs.                      )   Case No.: 8:06-cv-01950-JSM-TGW
                         )
NOVELL, INC., and THE SCO GROUP, INC., )
and X/OPEN COMPANY LIMITED, )
                         )
        Defendants.      )
_____/

### UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY

Defendant Novell, Inc. ("Novell"), by and through undersigned counsel and pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves the Court for entry of an Order enlarging the time for Novell to respond to discovery served by Plaintiff on May 24, 2007, and states as follows:

1. The Plaintiff served his Second Set of Request for Documents from Novell, and Second Requests for Admissions- Novell on May 24, 2007.

2. Novell has made a diligent effort to respond to the discovery within the time required by the Federal Rules of Civil Procedure, but finds that it will not be able to make meaningful responses within that time.

3. Pursuant to Local Rule 3.01(g), counsel for Novell certifies that they conferred in good faith with counsel for Plaintiff to request an extension of time. Counsel for Plaintiff had no objection and consents to an enlargement of time up to and including July 3, 2007, within which Novell shall serve responses to Plaintiff's discovery requests. However, Plaintiff's counsel was of the opinion that no motion should be filed seeking the relief requested herein. Novell serves this motion out of an abundance of caution to ensure that no

matters are deemed admitted pursuant to Plaintiff's Second Requests for Admissions.

**WHEREFORE**, Novell, Inc. moves this court for entry of an Order granting it an enlargement of time up to and including July 3, 2007 within which Novell shall be required to respond to the Second Set of Request for Documents from Novell, and Second Requests for Admissions- Novell which were served on May 24, 2007.

/s/Fredrick H. L. McClure
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No. 0147354
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No. 0684929
DLA PIPER US LLP
101 East Kennedy Blvd., Suite 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Attorneys for Defendant Novell, Inc.

and

John P. Mullen (admitted *pro hac vice*)
jmullen@aklawfirm.com
Heather Sneddon (admitted *pro hac vice*)
heathersneddon@aklawfirm.com
ANDERSON & KARRENBERG
50 West 300 South
Suite 700
Salt Lake City, Utah 84101
Attorneys for Defendant Novell, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing on Fredrick H.L. McClure, E. Colin Thompson, John P. Mullen, Heather M. Sneddon, Thomas R. Karrenberg, David L. Partlow, Karen C. Dyer, George R. Coe, Evan A. Raynes, Mark Sommers and William Cooper Guerrant, Jr.

/s/Fredrick H. L. McClure
Attorney