UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY, :
:
v. : Case No. 8:06-CV-1950-T-30TGW
:
NOVELL, INC., et al. :
:
_____ :

### ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to Enlarge Time to Respond to Discovery (Doc. 46). The parties agree to an extension of time until July 3, 2007, for Novell to respond to the plaintiff's Second Set of Requests for Documents.

It is, upon consideration,

ORDERED:

That the Unopposed Motion to Enlarge Time to Respond to Discovery (Doc. 46) be, and the same is hereby, **GRANTED,** and Novell's responses to the plaintiff's Second Set of Requests for Documents, received on July 3, 2007, are considered timely. The parties should note that this Order does not affect any other dates or deadlines set forth in the Case Management and Scheduling Order.

DONE and ORDERED at Tampa, Florida, this 5th day of July, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com