UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

v.

NOVELL, INC., and
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

    Defendants.

CASE NO.: 8:06-CV-01950-JSM-TGW

**DEFENDANT THE SCO GROUP, INC.'s
NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Karen C. Dyer and George R. Coe, of BOIES, SCHILLER & FLEXNER LLP, attorneys for The SCO Group, Inc. have moved their Orlando office. Their new address is **BOIES, SCHILLER & FLEXNER LLP, 121 S. Orange Ave., Suite 840, Orlando, Florida 32801-3233** effective immediately.

Dated: August 24, 2007

BOIES, SCHILLER & FLEXNER, LLP

s/ George R. Coe
Karen C. Dyer
Florida Bar No.: 716324
George R. Coe
Florida Bar No. 298440
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
Telephone: (407) 425-7118
Email: kdyer@bsfllp.com
      gcoe@bsfllp.com
Attorneys for Defendant The SCO Group, Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 24, 2007, I electronically filed the foregoing, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following David L. Partlow, David L. Partlow, P.A., PO Box 82963, Tampa, FL 33682-2963; William Cooper Guerrant, Jr., Hill, Ward & Henderson, PA, PO Box 2231, Tampa, FL 33601-2231; Evan A. Raynes and Mark Sommers, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, NW, Washington, DC 20001-4413; Frederick H.L. McClure and E. Colin Thompson, DLA Piper US, LLP, 101 E. Kennedy Blvd., Suite 2000, Tampa, FL 33602-5148; John P. Mullen and Heather M. Sneddon, Anderson & Karrenberg, 700 Chase Tower, 50 West Broadway, Salt Lake City, UT 84101.

                                      s/ George R. Coe
                                      George R. Coe