UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

v.

NOVELL, INC., and
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

    Defendants.

CASE NO.:  8:06-CV-01950-JSM-TGW

### DEFENDANT THE SCO GROUP, INC.'S
### NOTICE OF FILING FOR BANKRUPTCY

**PLEASE TAKE NOTICE** that on September 14, 2007, The SCO Group, Inc. along with various other affiliates (collectively referred to herein as the "Debtors") filed a petition under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Petitions"). The SCO Group, Inc., one of the Debtors, has been named as defendant in the above-captioned matter. The Face pages of Debtor's Petition is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that as a result of the pendency of the Debtors' bankruptcy cases and the application of 11 U.S.C. § 362(a)(l), the commencement or continuation of judicial proceedings against the Debtors to pursue prepetition obligations was automatically stayed. The automatic injunction granted by 11 U.S.C. § 362(a) will remain in effect until the bankruptcy case is dismissed or closed or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) and (F).

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be

initiated against any party who participates in any violation of the automatic stay, and, pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including costs and attorneys' fees (and, in appropriate circumstances, punitive damages) to compensate the Debtors for loss arising out of violations of the automatic stay.

Dated this 17th day of September, 2007

s/ George Coe
Karen C. Dyer
Florida Bar No. 716324
George R. Coe
Florida Bar No. 298440
Boies, Schiller & Flexner LLP
121 South Orange Avenue, Suite 840
Orlando, FL 32801
Telephone: (407) 425-7118
Facsimile: (407) 425-7047

Stuart H. Singer
401 E. Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
(954) 356-0022

*Attorneys for Defendant*
*The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2007, I electronically filed the foregoing, Defendant The SCO Group, Inc.'s Notice of Filing for Bankruptcy with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following

David L. Partlow
David L. Partlow, PA
PO Box 82963
Tampa, FL 33682-2963

William Cooper Guerrant, Jr.
Hill, Ward & Henderson, PA
PO Box 2231
Tampa, FL 33601-2231

Evan A. Raynes
Mark Sommers
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Frederick H.L. McClure
E. Colin Thompson
DLA Piper US, LLP
101 E. Kennedy Blvd., Suite 2000
Tampa, FL 33602-5148

John P. Mullen
Heather M. Sneddon
Anderson & Karrenberg, PC
700 Chase Tower
50 West Broadway
Salt Lake City, UT 84101

/s George Coe