# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WAYNE R. GRAY,

    Plaintiff,

v.                                        Case No.  8:06-cv-1950-T-30TGW

NOVELL, INC.; THE SCO GROUP, INC.;
X/OPEN COMPANY LIMITED,

    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Defendant's Suggestion of the Pendency of Bankruptcy Proceedings Under the Bankruptcy Act (Doc. No. 52).

It is ORDERED AND ADJUDGED that:

1. These proceedings are **STAYED** as to Defendant, **THE SCO GROUP, INC.**

2. On March 18, 2008, and every six months thereafter, Plaintiff is ordered to provide a status report regarding the Defendant's bankruptcy proceedings.

3. This Court's ruling is **DEFERRED** as to Defendant The SCO Group, Inc.'s Motion to Dismiss (Dkt. #27) as a result of pending bankruptcy proceedings.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Parties/Counsel of Record

S:\Even\2006\06-cv-1950.bankr stay 27.wpd