UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO.   8:06-cv-1950-T-30TGW          DATE   September 19, 2007

TITLE  Wayne R. Gray vs. Novell, Inc., et al.

TIME  1:30 p.m. - 1:48 p.m.              TOTAL   18 minutes

Honorable   James S. Moody, Jr.          Deputy Clerk   Sara Boswell

Court Reporter   Sherrill Jackson        Courtroom   13A

Attorney(s) for Plaintiff(s):   Attorney(s) for Defendant(s):
David Partlow                   Frederick McClure
                                George Coe
                                Evan Raynes
                                William Guerrant

**PROCEEDINGS:**   **ORAL ARGUMENT** on [Dkt. 38] Motion to unseal confirmation agreement, [Dkt. 40] Motion to amend/correct [Dkt. 39] Motion for leave to file under seal the confirmation agreement

The Court hears arguments on the pending motions.

The Court instructs Mr. Partlow to show the confidential document to his client.  The Court orders that the document be filed with the Court under seal.