IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY, an individual,

    Plaintiff,

vs.

NOVELL, INC.,
THE SCO GROUP, INC., and
X/OPEN COMPANY LIMITED,

    Defendants.

CASE NO.: 8:06-cv-01950-T-33TGW

**PLAINTIFF'S AGREED MOTION FOR SEVEN (7)-DAY
ENLARGEMENT OF TIME TO FILE RESPONSE AND OPPOSITION TO
DEFENDANT "X/OPEN'S MOTION AND MEMORANDUM
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS"**

The Plaintiff, WAYNE R. GRAY ("the Plaintiff Mr. Gray" or "Mr. Gray"), by and through his undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, hereby moves this Court for entry of an Order enlarging for seven (7) calendar days, *i.e.*, to and until Thursday, April 2, 2009, the time for him to file his response and opposition to the Defendant X/Open Company Limited's ("the Defendant X/Open" or "X/Open") "X/Open's Motion And Memorandum In Support Of Motion For Attorneys' Fees and Costs," and in support of his agreed motion states:

1.       The response/opposition of the Plaintiff Mr. Gray to the Defendant "X/Open's Motion And Memorandum In Support Of Motion For Attorneys' Fees And Costs," (Dkt. 164, filed March 9, 2009), currently is due on Thursday, March 26, 2009.

2.       Undersigned counsel for the Plaintiff Mr. Gray requires an additional seven (7) calendar days to prepare and file his response/opposition to the Defendant X/Open's motion. Undersigned counsel has been involved in final expert depositions, final Rule 30(b)(6) depositions, and a mediation in the Tampa federal court action styled and numbered *Southeastern Mechanical Services, Inc.* v. *Norman Brody et al.*, Case No. 8:08-cv-01151-JSM-EAJ, and that case continues to consume more time daily.

3.       On Friday, March 20, Monday, March 23, and Tuesday, March 24, 2009, undersigned counsel for the Plaintiff Mr. Gray, and Evan A. Raynes, counsel for the Defendant X/Open, discussed undersigned counsel's requested enlargement of time. On Tuesday, March 24, 2009, undersigned counsel and Mr. Raynes agreed that Mr. Gray could have to and including Thursday, April 2, 2009, in which to file his response/opposition to X/Open's motion.

4.       The requested seven (7)-day enlargement of time will not unfairly prejudice the Defendant X/Open, nor will it delay the ultimate resolution of this case.

5.       Undersigned counsel for the Plaintiff Mr. Gray represents to this Court that Mr. Gray will request no further enlargements of time in connection with the filing of his response/opposition to "X/Open's Motion And Memorandum In Support Of Motion For Attorneys' Fees and Costs" (Dkt. 164).

## CERTIFICATION OF COMPLIANCE WITH REQUIREMENTS OF LOCAL RULE 3.01

I hereby certify that, in accordance with Local Rule 3.01(g), I conferred with Evan A. Raynes (counsel for the Defendant X/Open) on Friday, March 20, 2009, Monday, March 23, 2009, and Tuesday, March 24, 2009, and that Mr. Raynes stated that the requested enlargement of time was acceptable to the Defendant X/Open.

WHEREFORE, the Plaintiff Mr. Gray respectfully requests that this Court grant this agreed motion enlarging the time to and including Thursday, April 2, 2009, for Mr. Gray to serve his response/opposition to "X/Open's Motion And Memorandum In Support Of Motion For Attorneys' Fees and Costs" (Dkt. 164).

DATED this 25th day of March, 2009.

/s/ Thomas T. Steele
Thomas T. Steele, Atty.
Florida Bar No. Florida Bar No. 158613
Email: tsteele@steelelawgroup.com
Sarah M. Hammett, Atty.
Florida Bar No. 52197
Email: shammett@steelelawgroup.com
Steele + Hale, P.A.
201 East Kennedy Boulevard, Suite 425
Tampa, Florida 33602
Telephone (813) 223-2060
Facsimile (813) 223-2065
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 25th day of March, 2009, I electronically filed the foregoing "Plaintiff's Agreed Motion For Seven (7)-Day Enlargement Of Time To File Response And Opposition To 'X/Open's Motion And Memorandum In Support Of

Motion For Attorneys' Fees and Costs'" (Dkt. 164) with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

E. Colin Thompson, Atty.
DLA Piper US, LLP
100 N. Tampa St., Ste. 2200
Tampa, FL 33602-5809
813-229-2111 ext. 227
Fax: 813-371-1165
Email: colin.thompson@dlapiper.com
Attorney for Novell, Inc.

Frederick H. L. McClure
DLA Piper US, LLP
100 N. Tampa St., Ste. 2200
Tampa, FL 33602-5809
813-229-2111
Fax: 813-229-1447
Email: fredrick.mcclure@dlapiper.com
Attorney for Novell, Inc.

Heather M. Sneddon, Atty.
Anderson & Karrenberg
50 West Broadway, Ste. 700
Salt Lake City, UT 84101
801-534-1700
Fax: 801-364-7697
Email: hsneddon@aklawfirm.com
Attorney for Novell, Inc.

Thomas R. Karrenberg, Atty.
Anderson & Karrenberg
50 West Broadway, Ste. 700
Salt Lake City, UT 84101
801-534-1700
Fax: 801-364-7697
Email: tkarrenberg@aklawfirm.com
Attorney for Novell, Inc.

Karen C. Dyer, Atty.
Boies, Schiller & Flexner, LLP
121 S. Orange Ave., Ste. 840
Orlando, FL 32801
407-425-7118
Fax: 407-425-7047
Email: kdyer@bsfllp.com
Attorney for The SCO Group, Inc.

George R. Coe, Atty.
Boies, Schiller & Flexner, LLP
121 S. Orange Ave., Ste. 840
Orlando, FL 32801
407-425-7118
Fax: 407-425-7047
Email: gcoe@bsfllp.com
Attorney for The SCO Group, Inc.

Evan A. Raynes, Atty.
Finnegan, Henderson, Farabow, Garrett
  & Dunner, LLP
901 New York Ave. NW
Washington, DC 20001-4413
202-408-4000
Fax: 202-408-4400
Email: evan.raynes@finnegan.com
Attorney for X/Open Company Limited

William C. Guerrant, Jr., Atty.
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd., Ste. 3700 (33602)
P. O. Box 2231 (33601)
Tampa, FL
813-221-3900
Fax: 813-221-2900
Email: wguerrant@hwhlaw.com
Attorney for X/Open Company Limited

/s/ Thomas T. Steele
Thomas T. Steele, Atty.