UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE R. GRAY,

v.  Case No. 8:06-CV-1950-T-30TGW

NOVELL, INC., et al.

## ORDER

THIS CAUSE came on to be heard upon X/Open's Motion to Strike Gray's Opposition to X/Open's Bill of Costs (Doc. 182). For the reasons stated at the hearing, it is upon consideration,

ORDERED:

That X/Open's Motion to Strike Gray's Opposition to X/Open's Bill of Costs (Doc. 182) be, and the same is hereby, **DENIED**. X/Open has twenty days after resolution of the plaintiff's appeal to file a reply memorandum to Gray's Opposition to X/Open's Bill of Costs.

DONE and ORDERED at Tampa, Florida, this 16th day of November, 2009.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE